JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HWAN KIM,<br><br>        Plaintiff,<br><br>   vs.<br><br>SHAREL, LLC; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:21-cv-05358 MWF (JPRx)**<br>Assigned to Michael W. Fitzgerald<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

    Based on the request from Plaintiff and for good cause shown:

    IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until November 27, 2021.

    IT IS SO ORDERED.

Dated: October 29, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge